■ In the Matter of LEONARD VAUGHN et al., Appellants, v FRANK X. GARGIULO et al., Constituting the Board of Elections of the City of New York, Respondents, and FRANK PAYNE, Respondent.—In a proceeding, *inter alia,* to validate a petition designating Leonard Vaughn and Joseph Harvey as candidates in the Liberal Party primary election to be held on September 9, 1980 for the party positions of Assembly District Leader and Associate District Leader, respectively, from the 32nd Assembly District, the appeal is from a judgment of the Supreme Court, Queens County, dated August 18, 1980, which, *inter alia,* dismissed the proceeding. By order dated August 26, 1980 this court remanded the matter to Special Term to make appropriate specific findings of fact with respect to its invalidation of appellants' designating petition and held the appeal in abeyance in the interim. Special Term has now complied. Judgment affirmed, without costs or disbursements (see *Matter of Harvey v Gargiulo,* 78 AD2d 528). Mollen, P. J., Damiani, Mangano and Gulotta, JJ., concur.

■ In the Matter of BENEDICT P. VUTURO, Appellant, v BONITA H. REGAN, Respondent, et al., Respondent.—In a proceeding to (1) validate a petition designating petitioner as a candidate in the Conservative Party primary election to be held on September 9, 1980 for the public office of District Court Judge, Fifth District, Suffolk County, and (2) compel the Board of Elections of Suffolk County to place the name of petitioner upon the Conservative Party ballots, the appeal is from a judgment of the Supreme Court, Suffolk County, dated August 26, 1980, which dismissed the proceeding. Judgment affirmed, without costs or disbursements. The order to show cause by which petitioner initiated the instant proceeding permitted service upon the objector in several ways, one of which was by certified mail, return receipt requested, mailed on or before August 18, 1980. The record shows, however, that the envelope of transmittal was postmarked August 19, 1980. Petitioner thus failed to timely commence the instant proceeding and his petition was properly dismissed (see *Matter of Butler v Hayduk,* 37 NY2d 497; *Matter of Radda v Acito,* 54 AD2d 531). Gibbons, J. P., Cohalan, O'Connor and Weinstein, JJ., concur.